IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02014-MEH

eBUILDING SERVICE, LLC,

    Plaintiff,

v.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Before the Court is a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 20, 2014; docket #15]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 29th day of October, 2014.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge